**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000570
09-MAY-2022
08:40 AM
Dkt. 93 OAWST

NO. CAAP-21-0000570

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF AO, SO, KO

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 19-00298)

ORDER GRANTING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the Stipulation To Dismiss Appeal, filed April 19, 2022, by Appellant-Mother, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation To Dismiss Appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 9, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge